MAYER v. NORTHERN UNION GAS CO. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Charles Mayer against the Northern Union Gas Company. C. J. Shearn, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MELKER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Samuel Melker, an infant, against the city of New York. W. M. K. Olcott, for appellant. T. Farley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MELKER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Samuel Melker against the city of New York. No opinion. Motion granted. Order filed.

MESTEL, Respondent, v. BOROUGH PARK CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Morris Mestel against the Borough Park Company. M. H. Elliott, for appellant. J. M. Kram, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MESTEL v. BOROUGH PARK CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Morris Mestel against the Borough Park Company. No opinion. Motion granted. Order filed.

MEURER, Appellant, v. GILSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Elizabeth Meurer against Henry L. Gilson. No opinion. Order of the Municipal Court, setting aside judgment and granting new trial, affirmed, with costs.

MEYERSOHN et al., Appellants, v. LEVIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Hyman Meyersohn and another against Louis Levin and another. No opinion. The decision of this motion will be withheld until the hearing of the appeal on Monday next.

MILLER v. NEVINS. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by William Miller against Thomas A. Nevins. No opinion. Motion denied. Order filed.

MILLER, Respondent, v. NEVINS, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William Miller against Thomas A. Nevins. L. T. Noonan, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 100 N. Y. Supp. 703.

MILLER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Charles Miller against the New York City Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

In re MINKLER. (Supreme Court, Appellate Division, Third Department. March 13, 1907.) In the matter of the judicial settlement of the accounts of Peter Minkler, as administrator of the goods, chattels, and credits of Antoinette Minkler, deceased. No opinion. Decree unanimously affirmed, with costs.

MOGILE, Respondent, v. HAMBURGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Solomon Mogile against Emil Hamburger. No opinion. There being no appellant's brief or appearance of counsel to argue the appeal, judgment of the Municipal Court affirmed by default, with costs.

MOGILE, Respondent, v. HAMBURGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by Samuel Mogile against Edward Hamburger. No opinion. Motion for reargument denied, with costs.

In re MONTANYE. (Supreme Court, Appellate Division, First Department. April 5, 1907.) In the matter of William H. Montanye, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOORE, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Carrie A. Moore against the city of Lockport. No opinion. Judgment and order affirmed, with costs.

MORIARTY v. SULLIVAN et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Michael J. Moriarty against Patrick Sullivan, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

MORITZ, Respondent, v. RACHOW, Appellant, et al. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Simon Moritz against John Rachow and another. Judgment for plaintiff, and defendant Rachow appeals. Affirmed. Michael J. Horan, for appellant. Huth & Baker, for respondent.

PER CURIAM. Whatever defect of proof there might have been at the time the plaintiff rested as to the delivery of the goods in question, such defect was subsequently cured by the admission of the defendant Viehman, when he was called as a witness for the defense. All questions of fact were resolved on conflicting